IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYAL BERNARD WRIGHT,

      Plaintiff,                    No. CIV S-07-1730 MCE EFB P

      vs.

WILLIAM MILLER, et al.,

      Defendants.           <u>ORDER</u>

                               /

      Plaintiff is a state prisoner without counsel suing under 42 U.S.C. § 1983 for alleged civil rights violations. He requests leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

      Plaintiff must pay the statutory filing fee of $350. *See* 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff must make an initial partial payment of $5.80. *See* § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his prison trust account. All payments shall be forwarded by the appropriate agency to the Clerk of the Court when amount in plaintiff's account exceeds $10 until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

1

1  The court finds that, for the limited purposes of § 1915A screening, the complaint states claims against defendants William Miller and Chris Kaysinger for Eighth and Fourteenth Amendment violations pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, it hereby is ordered that:

1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.

2. Plaintiff must pay the statutory filing fee of $350 for this action and must make an initial payment of $5.80 pursuant to section 1915(b)(1).  All payments shall be collected in accordance with the order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for defendants William Miller and Chris Kaysinger.

4. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and one copy of the August 23, 2007, pleading.

5. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and three copies of the endorsed August 23, 2007, pleading.

6. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants William Miller and Chris Kaysinger pursuant to Federal Rule of Civil Procedure 4 without payment of costs.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: April 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYAL BERNARD WRIGHT,

        Plaintiff,                  No. CIV S-07-1730 MCE EFB P

    vs.

WILLIAM MILLER, et al.,

        Defendants.          <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                         /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        <u> 1 </u>     completed summons form

        <u> 2 </u>     completed forms USM-285

        <u> 3 </u>     copies of the <u> August 23, 2007 </u>
                                        Complaint

Dated:

                                              Plaintiff